[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14076
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00004-BAE-GRS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER L. HALEY,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(April 22, 2015)

Before JORDAN, ROSENBAUM and JILL PRYOR, Circuit Judges.

PER CURIAM:

Matthew K. Hube, appointed counsel for Christopher L. Haley in this

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). In a *pro se* response to counsel's motion to withdraw, Haley requests the appointment of substitute counsel and a continuance. Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Haley's *pro se* motion for appointment of substitute counsel and a continuance is **DENIED**, and the judgment revoking Haley's supervised release and his resulting sentence are **AFFIRMED**.